IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEENAN E. JONES,

    Plaintiff,

  v.

RAY DIAS,

    Defendant.

Case No. 18-cv-80-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Keenan E. Jones against defendant Ray Dias in the amount of $97,491.82.

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court

April 2, 2019
Date